# United States Bankruptcy Court
## Middle District of North Carolina

In re    **DuBoris James Peterkin,**
           **Zalestra Harris Peterkin**

Case No. 1 **11-80072**

Debtors

Chapter _____ 1 3 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 233,500.00 | | |
| B - Personal Property | Yes | 5 | 67,976.57 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 322,409.72 | |
| E - Creditors Holding Unsecured Priority Claims (rotatof Claims en Schedule E) | Yes | 4 | | 9,042.91 | |
| F- Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 102,460.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,228.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,245.85 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 301,476.57 | | |
| Total Liabilities | | | | 433,912.88 | |

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re  DuBoris James Peterkin,  Case No. ___ :III 11-80072
Zalestra Harris Peterkin

Debtors  Chapter _____ 1 3 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

D  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C.§ 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 1,702.91 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 7,340.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 40,849.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 49,891.91 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,228.62 |
| Average Expenses (from Schedule J, Line 18) | 5,245.85 |
| CUrrent Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 2O) | 7,376.40 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 55,359.721 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 9,042.91 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 102,460.25 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 157,819.97 |

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037  Best Case Bankruptcy

In re    **DuBoris James Peterkin,**                              Case No.  \_\_\_\_,11-80072_____

             **Zalestra Harris Peterkin**

                                       Debtors

# SCHEDULE A - REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

      **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.**

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature ofDebtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**443 Stobhill Lane**<br>**Holly Springs, NC 27540** | **Tenants by the Entirety** | **J** | **228,500.00** | **247,161.75** |
| **Timeshare**<br>**Sheraton Broadway** | **Tenants by the Entirety** | **H** | **5,000.00** | **9,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **233,500.00** | (Total of this page) |
| Total > | **233,500.00** | |

                                                        (Report also on Summary of Schedules)

\_\_**O**\_\_ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037                                  Best Case Bankruptcy

In re DuBoris James Peterkin,
Zalestra Harris Peterkin
_____
Debtors

Case No. ___||_____

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Woodforest National Bank | J | 0.00 |
| | | Savings Account State Employees Credit Union | H | 25.00 |
| | | Savings Account State Employees Credit Union | W | 25.00 |
| | | Savings Account Bank of America | W | 25.00 |
| | | Savings Account Bank of America | H | 2.57 |
| | | Checking Account Bank of America | H | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Utility Company | J | 229.00 |
| 4. Household goods and fi.nnishings, including audio, video, and computer equipment. | | Kitchen Appliances Replacement Value | J | 150.00 |
| | | Stove Replacement Value | J | 400.00 |
| | | Refrigerator Replacement Value | J | 400.00 |
| | | Freezer Replacement Value | J | 75.00 |
| | | Washing Machine Replacement Value | J | 100.00 |

Sub-Total >          1,531.57
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037

Best Case Bankruptcy

In re   DuBoris James Peterkin,
       Zalestra Harris Peterkin

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dryer<br>Replacement Value | J | 85.00 |
| | | Living Room Furniture<br>Replacement Value | J | 250.00 |
| | | Bedroom Furniture<br>Replacement Valule | J | 600.00 |
| | | Lawn Furniture<br>Replacement Value | J | 50.00 |
| | | Televisions (5)<br>Replacement Value | J | 200.00 |
| | | Computer<br>Replacement Value | J | 50.00 |
| | | Printers/Scanners/Faxes<br>Replacement Value | J | 15.00 |
| | | Video Camera<br>Replacement Value | J | 15.00 |
| | | DVD Player<br>Replacement Value | J | 15.00 |
| | | Video Game System<br>Replacement Value | J | 90.00 |
| | | Lawn Mower<br>Replacement Value | J | 15.00 |
| | | Yard Tools<br>Replacement Value | J | 5.00 |
| | | Tools<br>Replacement Value | J | 5.00 |
| | | Dinette Set, Bed Frames, Mattresses<br>Replacement Value | J | 200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing<br>  Replacement Value | J | 500.00 |

Sub-Total >      2,095.00
(Total of this page)

Sheet      of\_4\_ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re    DuBoris James Peterkin,
         Zalestra Harris Peterkin

Case No. ___._____

_____
Debtors

# SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Child Support Payments (Currently receiving $15.00 weekly) | W | 30,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >         30,000.00
(Total of this page)

Sheet   2   of_4_  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    OuBoris  James  Peterkin,                          Case No. ___ _____
         Zalestra  Harris  Peterkin

_____
                        Debtors

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007  Ford  Expedition 40,  Power locks/windows,sunroof, OVO, Security system Mileage: 66,000 NAOA Retail | J | 23,975.00 |
| | | 2001  Chrysler PT Cruiser 40,  Power locks/windows, sunroof Mileage: 142,000 NAOA Retail | H | 3,575.00 |
| | | 1994  Honda  Accord 40,  Power locks/windows Mileage: 193,000 NAOA Retail | J | 2,525.00 |

Sub-Total >                    30,075.00
(Total of this  page)

Sheet   3   of _4_  continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

In re    DuBoris James Peterkin,                          Case No. _____
        Zalestra Harris Peterkin

Debtors

# SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1994 Lexus ES 300<br>4D, Power locks/windows, sunroof<br>Mileage: 136,000<br>NADA Retail | J | 3,275.00 |
| | | 1996 Ford Explorer<br>4D, Power windows<br>Mileage: 248,000<br>Debtors' estimate of Fair Market Value<br>(Does not run) | H | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, fi.nnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops -growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | |
|---|---|---|
| | Sub-Total > | 4,275.00 |
| | (Total of this page) | |
| | Total > | 67,976.57 |

Sheet \_4\_ of \_4\_ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re DuBoris James Peterkin,             Case No. ___0_____

Zalestra Harris Peterkin

_____

Debtors

# SCHEDULE C- PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)      $136,875.

☐ 11 U.S.C. §522(b)(2)

● 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Residence 443 Stobhill Lane Holly Springs, NC 27540 | N.C. Gen. Stat. § 1C-1601(a)(1) | 27,000.00 | 228,500.00 |
| Timeshare Sheraton Broadway | N.C. Gen. Stat. § 1C-1601(a)(2) | 0.00 | 5,000.00 |
| **Cash on Hand** Cash | N.C. Gen. Stat. § 1-362 | 100.00 | 100.00 |
| **Checking. Savings. or Other Financial Accounts. Certificates of Deposit** Checking Account Woodforest National Bank | N.C. Gen. Stat.§ 1-362 | 0.00 | 0.00 |
| Savings Account State Employees Credit Union | N.C. Gen. Stat. § 1-362 | 25.00 | 25.00 |
| Savings Account State Employees Credit Union | N.C. Gen. Stat. § 1-362 | 25.00 | 25.00 |
| Savings Account Bank of America | N.C. Gen. Stat. § 1-362 | 25.00 | 25.00 |
| Savings Account Bank of America | N.C. Gen. Stat. § 1-362 | 2.57 | 2.57 |
| Checking Account Bank of America | N.C. Gen. Stat. § 1-362 | 0.00 | 0.00 |
| **Security Deposits with Utilities, Landlords, and Others** Security Deposit with Utility Company | N.C. Gen. Stat. § 1C-1601(a)(2) | 229.00 | 229.00 |
| **Household Goods and Furnishings** Kitchen Appliances Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 150.00 | 150.00 |
| Stove Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 400.00 | 400.00 |
| Refrigerator Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 400.00 | 400.00 |
| Freezer Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 75.00 | 75.00 |
| Washing Machine Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 100.00 | 100.00 |
| Dryer Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 85.00 | 85.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    DuBoris James Peterkin,                                    Case No.
         Zalestra Harris Peterkin

_____
                        Debtors
## SCHEDULE C- PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Living Room Furniture<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 250.00 | 250.00 |
| Bedroom Furniture<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 600.00 | 600.00 |
| Lawn Furniture<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 50.00 | 50.00 |
| Televisions (5)<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 200.00 | 200.00 |
| Computer<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 50.00 | 50.00 |
| Printers/Scanners/Faxes<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 15.00 | 15.00 |
| Video Camera<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 15.00 | 15.00 |
| DVD Player<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 15.00 | 15.00 |
| Video Game System<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 90.00 | 90.00 |
| Lawn Mower<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 15.00 | 15.00 |
| Yard Tools<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 5.00 | 5.00 |
| Tools<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 5.00 | 5.00 |
| Dinette Set, Bed Frames, Mattresses<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 200.00 | 200.00 |
| Wearing Apparel<br>Clothing<br>Replacement Value | N.C. Gen. Stat. § 1C-1601(a)(4) | 500.00 | 500.00 |
| Alimony, Maintenance, Support, and Property Settlements<br>Child Support Payments (Currently receiving $15.00 weekly) | N.C. Gen. Stat. § 1C-1601(a)(12) | 60.00 | 30,000.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles<br>2007 Ford Expedition<br>40, Power locks/windows,sunroof, DVD,<br>Security system<br>Mileage: 66,000<br>NADA Retail | N.C. Gen. Stat. § 1C-1601(a)(3) | 3,500.00 | 23,975.00 |

Sheet __1_ of _2_ continuation sheets attached to the Schedule of Property Claimed as Exempt
Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    DuBoris James Peterkin,                                      Case No. ___⁰_____
        Zalestra Harris Peterkin

Debtors

# SCHEDULE C- PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 2001 Chrysler PT Cruiser<br>4D, Power locks/windows, sunroof<br>Mileage: 142,000<br>NADA Retail | N.C. Gen. Stat. § 1C-1601(a)(3) | 3,500.00 | 3,575.00 |
| 1994 Honda Accord<br>4D, Power locks/windows<br>Mileage; 193,000<br>NADA Retail | N.C. Gen. Stat. § 1C-1601(a)(2) | 0.00 | 2,525.00 |
| 1994 Lexus ES 300<br>4D, Power locks/windows, sunroof<br>Mileage: 136,000<br>NADA Retail | N.C. Gen. Stat. § 1C-1601(a)(2) | 0.00 | 3,275.00 |
| 1996 Ford Explorer<br>4D, Power windows<br>Mileage: 248,000<br>Debtors' estimate of Fair Market Value<br>(Does not run) | N.C. Gen. Stat. § 1C-1601(a)(2) | 1,000.00 | 1,000.00 |
| | Total: | 38,686.57 | 301,476.57 |

Sheet _2_ of _2_ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037        Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:
DuBoris James Peterkin
Zalestra Harris Peterkin
    Debtor(s).

CASE NUMBER:
11-80072

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

    We, __DuBoris James Peterkin and Zalestra Harris Peterkin__ , claim the following property as exempt pursuant to 11 U.S.C.§ 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: (Attach additional sheets if necessary).

    1. NCGS 1C-1601(a)(1) (NC Consl., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $18,500; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $37,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| Residence 443 Stobhill Lane Holly Springs, NC 27540 | 228,500.00 | J | PPM Wells Fargo Home Morgage EMC Mortgage Corporation | 382.25 50,441.81 196,337.69 | 0.00 | 27,000.00 |

Debtor's Age: _____
Name of former co-owner: _____

VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1): $    27,000.00

    2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year St'tle of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| 2001 Chrysler PT Cruiser 4D, Power locks/windows, sunroof Mileage: 142,000 NADA Retail | 3,575.00 | H | State Employees' Credit Union | 6,744.00 | 0.00 | 3,500.00 |
| 2007 Ford Expedition 4D, Power locks/windows,sun roof, DVD, Security system Mileage: 66,000 NADA Retail | 23,975.00 | J | Sovereign Bank | 50,386.00 | 0.00 | 3,500.00 |

VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3): $    7,000.00

    3. NCGS 1C-1601(a)(4) (NC Consl., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents). The number of dependents for exemption purposes is __L.

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| Bedroom Furniture Replacement Valule | 600.00 | J | | | 600.00 | 600.00 |

Schedule C-1 - Property Claimed as Exempt- 4/2006

Software Copynght (c) 1996-2006 Best Case Solutions. Inc -Evanston. IL - (800) 492-8037    Best Case Bankruptcy

| Description of Property | Market Value | Owner (H)Husband (W)Wife f.J\|Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| Clothing Replacement Value | 500.00 | J | | | 500.00 | 500.00 |
| Computer Replacement Value | 50.00 | J | | | 50.00 | 50.00 |
| Dinette Set, Bed Frames, Mattresses Replacement Value | 200.00 | J | Badcock Home Furniture & More | 1 500.00 | 0.00 | 200.00 |
| Dryer Replacement Value | 85.00 | J | | | 85.00 | 85.00 |
| DVD Player Replacement Value | 15.00 | J | | | 15.00 | 15.00 |
| Freezer Replacement Value | 75.00 | J | | | 75.00 | 75.00 |
| Kitchen Appliances Replacement Value | 150.00 | J | | | 150.00 | 150.00 |
| Lawn Furniture Replacement Value | 50.00 | J | | | 50.00 | 50.00 |
| Lawn Mower Replacement Value | 15.00 | J | | | 15.00 | 15.00 |
| Living Room Furniture Replacement Value | 250.00 | J | | | 250.00 | 250.00 |
| Printers/Scanners/Faxes Replacement Value | 15.00 | J | | | 15.00 | 15.00 |
| Refrigerator Replacement Value | 400.00 | J | | | 400.00 | 400.00 |
| Stove Replacement Value | 400.00 | J | | | 400.00 | 400.00 |
| Televisions (5) Replacement Value | 200.00 | J | | | 200.00 | 200.00 |
| Tools Replacement Value | 5.00 | J | | | 5.00 | 5.00 |
| Video Camera Replacement Value | 15.00 | J | | | 15.00 | 15.00 |
| Video Game System Replacement Value | 90.00 | J | | | 90.00 | 90.00 |
| Washing Machine Replacement Value | 100.00 | J | | | 100.00 | 100.00 |
| Yard Tools Replacement Value | 5.00 | J | | | 5.00 | 5.00 |

VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):     $     3,220.00

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J\|Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(5):     $     0.00

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary\if child initials only | | Cash Value |
|---|---|---|
| -NONE- | | |

Software Copyright (c) 1996-2006 Best Case Solutions. Inc - Evanston. IL - (800) 492-8037

Best Case Bankruptcy

6. NCGS 1C-1601(a)(?) PROFESSIONALLY PRESCRIBED HEALTH AIOS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7. NCGS 1C-1601(a)(8) COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child initials onlvl & Last Four Diaits of Account Number of anv Disabilitv Policv/Annuitv |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J) Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| 1994 Honda Accord 4D, Power locks/windows Mileage; 193,000 NADA Retail | 2,525.00 | J | Richards Auto Sales | 3,800.00 | 0.00 | 0.00 |
| 1994 Lexus ES 300 4D, Power locks/windows, sunroof Mileage: 136,000 NADA Retail | 3,275.00 | J | Good To Go Auto Sales, Inc. | 3,817.97 | 0.00 | 0.00 |
| 1996 Ford Explorer 4D, Power windows Mileage: 248,000 Debtors' estimate of Fair Market Value (Does not run) | 1,000.00 | H | | | 1,000.00 | 1,000.00 |
| Security Deposit with Utility Company | 229.00 | J | | | 229.00 | 229.00 |
| Timeshare Sheraton Broadway | 5,000.00 | H | Sheraton Broadway Plantation | 9,000.00 | 0.00 | 0.00 |

VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(2): $ 1,229.00

9. NCGS 1C-1601(a)(9) and 11 U.S.C. § 522 INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 51O(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10. NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficia |
|---|
| **-NONE-** |

11. NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
|---|
| **-NONE-** |

12. NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
|---|
| **Child Support Payments (Currently receiving $15.00 weekl** |

13. TENANCY BY THE ENTIRETY. The following property is claimed as exempt pursuant to 11 U.S.C.§ 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

VALUE CLAIMED AS EXEMPT: $ **0.00**

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| **-NONE-** |
|---|

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | Description | Value |
|---|---|---|
| a. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 100.00 |
| b. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 0.00 |
| c. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 0.00 |
| d. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 25.00 |
| e. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 2.57 |
| f. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 25.00 |
| g. | **Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362** | 25.00 |

16. FEDERAL PENSION FUND EXEMPTIONS

| **-NONE-** |
|---|

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| **-NONE-** |
|---|

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.    Of the United States or its agencies as provided by federal law.

b.    Of the state of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.    Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.    Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.    For payment of obligations contracted for the purchase of specific real property affected.

f.    For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.    For statutory liens, on the specific property affected, other than judicial liens.

h.    For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.    For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.    Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.    Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of ProQert | Value of ProQert | Net Value |
|---|---|---|---|---|---|
| -NONE- | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

We,    **DuBoris James Peterkin and Zalestra Harris Peterkin**    , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 5 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  **1/20/11**

/s/ **DuBoris James Peterkin**

**DuBoris James Peterkin**
Debtor

/s/ **Zalestra Harris Peterkin**

**Zalestra Harris Peterkin**
Joint Debtor

Software Copyright (c) 1996-2006 Best Case Solutions. Inc -Evanston. IL - (800) 492-8037

Best Case Bankruptcy

Case 11-80072    Doc 15    Filed 02/07/11    Page 16 of 60

In re    **DuBoris James Peterkin,**              Case No. **11–80072**_____

          **Zalestra Harris Peterkin,**

---

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 38882890 | | | Dinette Set, Bed Frames, Mattresses Replacement Value | | | | | |
| **Badcock Home Furniture & More** **Attn: Managing Agent** **1311 N Sandhills Boulevard** **Aberdeen, NC 28315** | | J | | | | | | |
| | | | Value$      **200.00** | | | | **1,500.00** | **1,300.00** |
| Account No. ******3739 | | | First Mortgage | | | | | |
| **EMC Mortgage Corporation** **Attn: Bankruptcy Dept** **P O Box 293150** **Lewisville, TX 75029-3150** | | J | Residence 443 Stobhill Lane Holly Springs, NC 27540 | | | | | |
| | | | Value$      **228,500.00** | | | | **196,337.69** | **18,661.75** |
| Account No. | | | Certificate of Title | | | | | |
| **Good To Go Auto Sales, Inc.** **Attn: Managing Agent** **1567 N. Raleigh Street** **Angier, NC 27501** | | J | 1994 Lexus ES 300 4D, Power locks/windows, sunroof Mileage: 136,000 NADA Retail | | | | | |
| | | | Value$      **3,275.00** | | | | **3,817.97** | **542.97** |
| Account No. | | | Homeowners Association Fees | | | | | |
| **PPM** **Attn: Managing Agent** **P O Box 99657** **Raleigh, NC 27624** | | J | Residence 443 Stobhill Lane Holly Springs, NC 27540 | | | | | |
| | | | Value$      **228,500.00** | | | | **382.25** | **0.00** |
|    **1** \_\_ continuation sheets attached | | | Subtotal (Total of this page) | | | | **202,037.91** | **20,504.72** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re DuBoris James Peterkin,
Zalestra Harris Peterkin

Case No._____

Debtors

## SCHEDULE D- CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband 'Mfe  Joint  or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> Richards Auto Sales <br> Attn: Managing Agent <br> 4514 Fayetteville Road <br> Raleigh, NC 27603 | | J | Certificate of Title <br><br> 1994 Honda Accord <br> 4D, Power locks/windows <br> Mileage; 193,000 <br> NADA Retail <br> Value$         2,525.00 | | | | 3,800.00 | 1,275.00 |
| Account No. 423187 / PET0089 <br> Sheraton Broadway Plantation <br> Attn: Managing Agent <br> P O Box 105137 <br> Atlanta, GA 30348-5137 | | J | Deed of Trust <br><br> Timeshare <br> Sheraton Broadway <br> Value$         5,000.00 | | | | 9,000.00 | 4,000.00 |
| Account No. 8257016685 <br> Sovereign Bank <br> Attn: Managing Agent <br> P O Box 16255 <br> Reading, PA 19612-6755 | | J | Purchase Money Security <br><br> 2007 Ford Expedition <br> 4D, Power locks/windows,sunroof, DVD, Security system <br> Mileage: 66,000 <br> NADA Retail <br> Value$         23,975.00 | | | | 50,386.00 | 26,411.00 |
| Account No. 9631XXXX <br> State Employees' Credit Union <br> Attn: Managing Agent <br> P O Box 25279 <br> Raleigh, NC 27611-5279 | | H | Non-Purchase Money Security <br><br> 2001 Chrysler PT Cruiser <br> 4D, Power locks/windows, sunroof <br> Mileage: 142,000 <br> NADA Retail <br> Value$         3,575.00 | | | | 6,744.00 | 3,169.00 |
| Account No. 7080159384015 <br> Wells Fargo Home Morgage <br> Attn: Managing Agent <br> P O Box 10335 <br> Des Moines, IA 50306-0335 | | J | Second Mortgage <br><br> Residence <br> 443 Stobhill Lane <br> Holly Springs, NC  27540 <br> Value$         228,500.00 | | | | 50,441.81 | 0.00 |

Sheet  1   of 1    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 120,371.81 | 34,855.00 |
| Total (Report on Summary of Schedules) | 322,409.72 | 55,359.72 |

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re DuBoris James Peterkin,
Zalestra Harris Peterkin

Case No. 11-80072

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3     continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Fonn 6E) (12/07) - Cont.

In re **DuBoris James Peterkin,**
**Zalestra Harris Peterkin**

Case No. – **11-80072**

Debtors

# SCHEDULE E- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Child Support Arrears** | | | | | | |
| **NC Child Support/Centralized Coli** **Attn: Managing Agent** **P O Box 900006** **Raleigh, NC 27675-9006** | – | | | | | | 1,702.91 | 0.00 | 1,702.91 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 1,702.91 | 0.00 | 1,702.91 |

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037    Best Case Bankruptcy

In re     DuBoris James Peterkin,                Case No. -11-80072---------
          Zalestra Harris Peterkin

Debtors

# SCHEDULE E- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts<br>Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>Attn: Insolvency Support Services<br>P O Box 21126<br>Philadelphia, PA 19114 | | H | Taxes | | | | 1,183.00 | 0.00 | 1,183.00 |
| Account No.<br><br>North Carolina Dept. of Revenue<br>Office Serv. Div., Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | | H | Taxes | | | | 967.00 | 0.00 | 967.00 |
| Account No.<br><br>North Carolina Dept. of Revenue<br>Office Serv. Div., Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | | W | Sales Taxes | | | | 51.00 | 0.00 | 51.00 |
| Account No.<br><br>North Carolina Dept. of Revenue<br>Office Serv. Div., Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | | W | Taxes | | | | 369.00 | 0.00 | 369.00 |
| Account No.<br><br>Wake County Department of Revenue<br>Attn: Managing Agent<br>P O Box 550<br>Raleigh, NC 27602-0550 | | J | Property Taxes | | | | 4,200.00 | 0.00 | 4,200.00 |

TYPE OF PRIORITY

Sheet  2  of 3   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    6,770.00     0.00     6,770.00
(Total of this page)

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037              Best Case Bankruptcy

In re    **DuBoris James Peterkin,**            Case No. – **11-80072---------**
        **Zalestra Harris Peterkin**

                               Debtors

# SCHEDULE E- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | |
| Account No. | | | **Property Taxes (Mutiple Accounts)** | | | | | | |
| **Wake County Department of Revenue Attn: Managing Agent P O Box 550 Raleigh, NC 27602-0550** | J | | | | | | | 0.00 | |
| | | | | | | | 570.00 | | 570.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 570.00 | 570.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 9,042.91 | 9,042.91 |

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037           Best Case Bankruptcy

In re   **DuBoris James Peterkin,**
**Zalestra Harris Peterkin,**

                Debtors

Case No. **11-80072**_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an 'H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

**D**   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXXXX7299**<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | W | Medical bill- (Original Creditor: Wake Medical Center) | | | | 1,302.00 |
| Account No. **385XXX**<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | W | Medical bill | | | | 599.00 |
| Account No. **XXXXXX9643**<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | Medical bill- (Original Creditor: Wake Medical Center) | | | | 1,038.00 |
| Account No. **XXXXXX2841**<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | Medical bill- (Original Creditor: Sandhills Emergency Phys GOT) | | | | 345.00 |
| | | | Subtotal<br>(Total of this page) | | | | 3,284.00 |

_ **11**_ continuation sheets attached

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037   SIN 31219-080929   Best Case Bankruptcy

In re    DuBoris James Peterkin,
Zalestra Harris Peterkin

Case No. 11-80072_____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. XXXXXX2287<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | | | Medical bill- (Original Creditor: Raleigh Emergency Medicine) | | | | 335.00 |
| Account No. XXXXXX5782<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | | W | | Medical bill- (Original Creditor: Raleigh Emergency Medicine) | | | | 289.00 |
| Account No. XXXXXX7845<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | | | Medical bill- (Original Creditor: Raleigh Emergency Medicine) | | | | 275.00 |
| Account No. XXXXXX2697<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | | | Medical bill- (Original Creditor: Sandhills Emergency Phys GOT) | | | | 231.00 |
| Account No. XXXXXX5439<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | | | Medical bill- (Original Creditor: Raleigh Emergency Medicine) | | | | 212.00 |

Sheet no. __1__ of _1_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,342.00

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037    Best Case Bankruptcy

In re **DuBoris James Peterkin,**
**Zalestra Harris Peterkin**

Case No. **1 1 – 8 0 0 7 2**_____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband. Wife. J>lnt. or Commumty | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I q u I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J c | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. XXXXXX5703<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | W | | Medical bill- (Raleigh Emergency Medicine) | | | | 206.00 |
| Account No. XXXXXX1073<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | W | | Medical bill- (Original Creditor: Raleigh Emergency Medicine) | | | | 188.00 |
| Account No. XXXXXX5591<br><br>Absolute Collection Services<br>Attn: Managing Agent<br>421 Fayetteville St Mall, Suite 600<br>Raleigh, NC 27601 | | H | | Medical bill- (Sandhills Emergency PHYS GOT) | | | | 161.00 |
| Account No.<br><br>Allied<br>Attn: Managing Agent<br>P O Box 2455<br>Chandler, AZ 85244-2455 | | J | | Debt owed- (Original Creditor: DirecTV) | | | | 159.00 |
| Account No. 1450 16876465<br><br>American General Finance<br>Attn: Managing Agent<br>4115 Pleasant Valley Road, Suite 12<br>Raleigh, NC 27612-2634 | | H | | Personal Loan | | | | 3,757.00 |

Sheet no. __2__ of_1_1__ sheets attached to Sche dule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,471.00 |

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037 Best Case Bankruptcy

In re    DuBoris James Peterkin,                        Case No.  **11-80072**_____
          Zalestra Harris Peterkin

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 281XXXX<br><br>Americas Recovery Network<br>Attn: Managing Agent<br>20 W 11th St.<br>Covington, KY 41011 | | W | Debt owed | | | | 111.00 |
| Account No. 42452XXXX<br><br>Americredit<br>Attn: Managing Agent<br>P O Box 183853<br>Arlington, TX 76096 | | W | Debt owed | | | | 4,388.00 |
| Account No. 42270974XXXX<br><br>Applied Bank<br>Attn: Managing Agent<br>601 Delaware Avenue<br>Wilmington, DE 19801 | | W | Debt owed | | | | 727.00 |
| Account No. 22561XXXX<br><br>Applied Interstate In<br>Attn: Managing Agent<br>435 Ford Road<br>Minneapolis, MN 55426 | | H | Debt owed | | | | 159.00 |
| Account No. XXXXXX9713<br><br>Associated Cr & Coli<br>Attn: Managing Agent<br>P O Box 560855<br>Rockledge, FL 32956 | | W | Debt owed- (Original Creditor: Honeytree Apartments) | | | X | 2,656.00 |

| | |
|---|---|
| Sheet no. \_\_3\_\_ of \_1_1\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)      8,041.00 |

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037                     Best Case Bankruptcy

In re    **DuBoris James Peterkin,**
     **Zalestra Harris Peterkin**

Case No. \_\_\_\_11-80072_____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **424657XXXX**<br><br>**Banfield Pet Hospital**<br>**Attn: Managing Agent**<br>**11815 NE Glenn Wilding Drive**<br>**Portland, OR 97220** | | H | Medical bill | | | | **323.00** |
| Account No.<br><br>**Bexly Park Apartments**<br>**Attn: Managing Agent**<br>**100 Summer Sky Drive**<br>**Morrisville, NC 27560** | | H | Debt owed | | | | **1,300.00** |
| Account No. **520XXXX**<br><br>**Cash Advance Now**<br>**Attn: Managing Agent**<br>**Address Unknown** | | H | Debt owed | | | | **275.00** |
| Account No.<br><br>**Cashnet**<br>**Attn: Managing Agent**<br>**P O Box 06230**<br>**Chicago, IL 60606** | | J | Personal Loan | | | | **Unknown** |
| Account No. **67330372-0143529**<br><br>**Citifinancial**<br>**Attn: Managing Agent**<br>**P O Box 140489**<br>**Irving, TX 75014-0489** | | H | Personal Loan | | | | **3,641.00** |

Sheet no. \_\_**4**\_\_ of\_1\_|\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,539.00**

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037      Best Case Bankruptcy

In re  DuBoris James Peterkin,          Case No. ___11-80072_____
       Zalestra Harris Peterkin
_____
                      Debtors
# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. XXXXXX83801694XXXX | | | Debt owed- (Original Creditor: Progressive Insurance Company) | | | | |
| Collection Attn: Managing Agent P O Box 9134 Needham Heights, MA 02494 | | H | | | | | 361.00 |
| Account No. XXXXXX0639 / 2296XXX | | | Debt owed- (Original Creditor: Progressive Insurance Company) | | | | |
| Collection Attn: Managing Agent P O Box 9134 Needham Heights, MA 02494 | | H | | | | | 356.00 |
| Account No. 3168XXXX / XXXXXX8445 | | | Debt owed- (Original Creditor: Time Warner Raleigh) | | | | |
| Credit Management, LP Attn: Managing Agent P O Box 118288 Carrollton, TX 75011-8288 | | W | | | | | 452.00 |
| Account No. Multiple Accounts | | | Debt owed | | | | |
| CSDDUR Attn: Managing Agent P O Box 530 Durham, NC 27702-0530 | | J | | | | | 525.00 |
| Account No. Multiple Accounts | | | Medical bills | | | | |
| Digestive Healthcare PA Attn: Managing Agent P O Box 31687 Raleigh, NC 27622-1687 | | J | | | | | 384.00 |

Sheet no. __5__ of _1_1__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)          2,078.00

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **DuBoris James Peterkin,**
**Zalestra Harris Peterkin**

Case No. ___11-80072_____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, J>int or Communty | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I q u I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXXXXX8334** <br><br> **E-recovery Solutions** <br> **Attn: Managing Agent** <br> **1650 Cambria Street NE** <br> **Christiansburg, VA 24073** | | W | | **Medical bill- (Original Creditor: Raleigh Radiology Associates)** | | | | 456.00 |
| Account No. **Multiple Accounts** <br><br> **Firstpoint Collection Resources** <br> **Attn: Managing Agent** <br> **2840 Electric Road, Suite #202** <br> **Roanoke, VA 24018** | | J | | **Debt owed** | | | | 643.00 |
| Account No. **XXXXXX4916** <br><br> **Focus Receivables Management** <br> **Attn: Managing Agent** <br> **1130 Northchase Pkwy, Suite 150** <br> **Marietta, GA 30067** | | H | | **Debt owed- (Original Creditor: DirecTV)** | | | | 181.00 |
| Account No. **152463.8130XXXX** <br><br> **Friedman's Jewelers** <br> **Attn: Managing Agent** <br> **171 Crossroads Parkway** <br> **Savannah, GA 31408** | | W | | **Debt owed** | | | | 221.00 |
| Account No. **XXXXXX2287** <br><br> **I C System** <br> **Attn: Managing Agent** <br> **P O Box 64378** <br> **Saint Paul, MN 55164** | | H | | **Medical bill- (Original Creditor: Banfield The Pet Hospital)** | | | | 323.00 |

Sheet no. __**6**__ of_1_1__ sheets attached to Sche dule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,824.00**

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037

Best Case Bankruptcy

In re    **DuBoris James Peterkin,**                Case No. \_\_\_._____
        **Zalestra Harris Peterkin**

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXXXX3391**<br><br>**Intercredcol**<br>**Attn: Support**<br>**P O Box 31316**<br>**Winston Salem, NC 27102** | | H | **Medical bill- (Original Creditor: Moore Regional Hospital)** | | | | **599.00** |
| Account No. **319XXXX**<br><br>**Interstate Credit Collection**<br>**Attn: Managing Agent**<br>**711 Coliseum Plaza Court**<br>**Winston Salem, NC 27106** | | W | **Debt owed** | | | | **580.00** |
| Account No. **319XXXX**<br><br>**Interstate Credit Collection**<br>**Attn: Managing Agent**<br>**711 Coliseum Plaza Court**<br>**Winston Salem, NC 27106** | | W | **Debt owed** | | | | **540.00** |
| Account No. **Springhill Community Associati**<br><br>**John P. Carr, Esq.**<br>**Jordan Price Wall Gray JonesCarlton**<br>**P.O. Box 10669**<br>**Raleigh, NC 27605-0669** | | J | | | | | **0.00** |
| Account No.<br><br>**John T. Orcutt**<br>**Attorney at Law**<br>**6616-203 Six Forks Road**<br>**Raleigh, NC 27615** | | J | **Debt owed** | | | | **2,600.00** |

Sheet no. \_\_**7**\_\_ of\_1\_**1**\_\_ sheets attached to Schedule of        Subtotal      | **4,319.00**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037        Best Case Bankruptcy

In re    **DuBoris James Peterkin,**          Case No. ___,_____
         **Zalestra Harris Peterkin**

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, J>Int. or Commumty | | C O N T I N G E N T | U N L i a u I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.  **Level Construction** Attn: Managing Agent 3008 Villageewood Circle Raleigh, NC 27603 | | J | **Debt owed** | | | | 2,000.00 |
| Account No.  **National Education/Anderson Assoc** Attn: Managing Agent 2517 White Avenue Nashville, TN 37204-2539 | | W | **Debt owed** | | | | 102.00 |
| Account No. **601097XX**  **NC State Employees  Credit Union** Attn: Managing Agent P O Box 25279 Raleigh, NC 27611-5279 | | W | **Debt owed** | | | | 585.00 |
| Account No. **66924XXXX**  **NCO Fin/99** Attn: Managing Agent P O Box 41466 Philadelphia, PA 19101 | | W | **Telephone  Bill- (Original Creditor: Bell South)** | | | | 316.00 |
| Account No. **XXXXXX4846**  **Orange Lake Country Club** Attn: Managing Agent 8505 W Irlo Bronson Highway Kissimmee, FL 34747 | | J | **Debt owed** | | | | 15,099.00 |

Sheet no. __**8**__ of_1_1__ sheets attached to Sche dule of          Subtotal
Creditors  Holding Unsecured Nonpriority Claims          (Total of this page)          **18,102.00**

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037          Best Case Bankruptcy

In re **DuBoris James Peterkin,**
**Zalestra Harris Peterkin**

Case No. ___._____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **221005721** PSNC Energy Attn: Managing Agent P O Box 1398 Gastonia, NC 28053-1398 | | W | | Debt owed | | | | 186.00 |
| Account No. **4006500118XXXX** R.S. Clark and Associates Attn: Managing Agent 12990 Pandora, Suite 150 Dallas, TX 75238 | | H | | Debt owed | | | | 84.00 |
| Account No. **Multiple Accounts** Raleigh Emergency Med Associates Attn: Managing Agent 2501 Blue Ridge Road, Suite 150 Raleigh, NC 27607 | | J | | Medical bill | | | | 325.00 |
| Account No. **10200XXXX / PET0089** Ralph J. Wilson Attorney at Law, P A 1411 First Avenue, P O Box 1827 Conway, SC 29528 | | J | | Debt owed- (Original Creditor: Plantation Resort Villas) | | | | 973.25 |
| Account No. **Multiple Accounts** Rex Healthcare Attn: Managing Agent P O Box 60574 Charlotte, NC 28260-0574 | | J | | Medical bills | | | | 150.00 |

Sheet no. __**9**__ of _1_L__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,718.25**

Copyright (c) 1996-2008- Best Case Solutions - Evanston, IL- (800) 492-8037

Best Case Bankruptcy

B6F (OIIicial Form 6F) (12/07) - Cont.

In re **DuBoris James Peterkin,**
**Zalestra Harris Peterkin**

Case No. \_\_\_,_____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **43342XXXX / XXXXX3187** <br><br> **Starwood Vacation Owne** <br> **Attn: Managing Agent** <br> **P O Box 105137** <br> **Atlanta, GA 30348-5137** | | H | Debt owed | | | | 8,246.00 |
| Account No. **6010** <br><br> **State Employees Credit Union** <br> **Attn: Managing Agent** <br> **P O Box 25279** <br> **Raleigh, NC 27611** | | W | Personal Loan | | | | 900.00 |
| Account No. **XXXXXX8442** <br><br> **Stern & Associates** <br> **Attorney at Law** <br> **415 N Edgeworth Street, Suite 2** <br> **Greensboro, NC 27401** | | H | Medical bill- (Original Creditor: First Health of the Carolinas) | | | | 214.00 |
| Account No. **XXXXXX5472** <br><br> **Stern & Associates** <br> **Attorney at Law** <br> **415 N Edgeworth Street, Suite 2** <br> **Greensboro, NC 27401** | | H | Medical bill- (Original Creditor: First Health of the Carolinas) | | | | 150.00 |
| Account No. **Multiple Accounts** <br><br> **Suntech College** <br> **Attn: Managing Agent** <br> **P O Box 6004** <br> **Ridgeland, MS 39158** | | J | Student Loan | | | | 40,673.00 |

Sheet no. _iQ_ of _1_1_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **50,183.00**

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037    Best Case Bankruptcy

In re **DuBoris James Peterkin,**
    **Zalestra Harris Peterkin**

Case No. ___,_____

Debtors

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1020XXXX / XXXXXX2008** <br><br> **United Compucred** <br> **Attn: Managing Agent** <br> **4190 Harrison Avenue** <br> **Cincinnati, OH 45211** | | W | **Debt owed- (Original Creditor: Michaels)** | | | | **140.00** |
| Account No. **4200704001236XXXX** <br><br> **US Department of Education** <br> **Attn: Direct Loans Servicing Center** <br> **P O Box 5609** <br> **Greenville, TX 75403-5609** | | W | **Student Loan** | | | | **176.00** |
| Account No. <br><br> **USA Cash** <br> **Attn: Managing Agent** <br> **Post Office Box 150744** <br> **Ogden, UT 84403** | | J | **Personal Loan** | | | | **Unknown** |
| Account No. <br><br> **WACH/REC** <br> **Attn: Managing Agent** <br> **Post Office Box 232** <br> **Mulberry, FL 33860** | | J | **Debt owed** | | | | **Unknown** |
| Account No. <br><br> **Weinstein Properties** <br> **Attn: Managing Agent** <br> **P O Box 31335** <br> **Richmond, VA 23294** | | W | **Debt owed** | | | | **1,243.00** |

Sheet no. __1_1_ of_1_1__ sheets attached to Sche dule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,559.00**

Total
(Report on Summary of Schedules)

**102,460.25**

Copyright (c) 1996-2008- Best Case Solutions - Evanston. IL- (800) 492-8037    Best Case Bankruptcy

In re    **DuBoris James Peterkin,**                                   Case No. **11–80072_____**
       **Zalestra Harris Peterkin**

Debtors

# SCHEDULE G- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

**D** Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any govenunent contract. |
|---|---|
| **Dish Network** <br> **Attn: Managing Agent** <br> **Dept. 0063** <br> **Palatine, IL 60055-0063** | **Satekkute Service contract.** |
| **Sprint/Nextel** <br> **Attn: Managing Agent** <br> **P O Box 17990** <br> **Denver, CO 80217-0990** | **Cell phone service agreement.** |

**0**

\_\_\_\_\_continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **DuBoris James Peterkin,**
    **Zalestra Harris Peterkin**

Case No. _____ 11-80072 _____

_____
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☛ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**     continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **DuBoris James Peterkin**
**Zalestra Harris Peterkin**                          Case No.   **11-80072**
                              Debtor(s)

# SCHEDULE I- CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The colurrmlabeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Son<br>Son | AGE(S):<br>16<br>17 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Resource Coordinator** | **Office Manager** |
| Narne of Employer | **Omni Visions** | **Vanguard** |
| How long employed | **One Week** | **4 Years** |
| Address of Employer | **3717 National Drive, Suite 215**<br>**Raleigh, NC** | **8212 Creedmoor Road, Suite 101**<br>**Raleigh, NC** |

| INCOME: (Esb.mate of average or proJected monthly mcome at b.me case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,708.33** | $ | **3,250.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **21708.33** | $ | **3125o.oo** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **480.68** | $ | **673.03** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): **Child Su ort** | $ | **409.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ . | **889.68** | $ | **673.03** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **11818.65** | $ | **2 576.97** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **65.00** |
| 11. Social security or government assistance<br>(Specify): **0.00** | $ . | | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): **Part-Time Em Io;tment** | $ | **0.00** | $ | **2,768.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ . | **0.00** | $ | **2 833.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1 818.65** | $ | **5 409.97** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals on line 15) | $ | | | **7 228.62** |

(Report also on Summary of Schedules and, 1f apphcable, on
Statistical S=ary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

In re **DuBoris James Peterkin**
**Zalestra Harris Peterkin**
Case No. ___11-80072___

Debtor(s)

# SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

**D** Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,153.27 |
| a. Are real estate taxes included? Yes No __X__ | | |
| b. Is property insurance included? Yes No __X__ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 310.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 100.00 |
| d. Other **See Detailed Expense Attachment** | $ | 295.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4.Food | $ | 500.00 |
| 5. Clothing | $ | 211.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 125.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 33.58 |
| b. Life | $ | 0.00 |
| c. Health | $ | 550.00 |
| d. Auto | $ | 250.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (ln chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **Second Mortgage** | $ | 463.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | $ | 405.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,245.851 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**None.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 7,228.62 |
| b. Average monthly expenses from Line 18 above | $ | 5,245.85 |
| c. Monthly net income (a. minus b.) | $ | ----------'11982.77 |

B6J (OfficialForm 6J) (12/07)

In re    DuBoris  James  Peterkin
        Zalestra  Harris  Peterkin                                    Case No.    11-80072
                        Debtor(s)

# SCHEDULE **J** - CURRENT EXPENDITURES OF  INDIVIDUAL DEBTOR(S)
## Detailed  Expense Attachment

Other  Utility Expenditures:

| | |
|---|---|
| Cable | $ -------:-:45.00 |
| Internet/Phone | $ 100.00 |
| Cell Phone | $ |
| **Total Other Utility Expenditures** | $        295.00 |

Other Expenditures:

| | |
|---|---|
| Pet Expenses | $ -----__,.....;40.00 |
| Hair Cuts/Grooming | $ -------100.00 |
| Court-ordered payments  not  already  listed | $ |
| HOA Dues | $ |
| **Total Other Expenditures** | $        405.00 |

# United States Bankruptcy Court
## Middle District of North Carolina

In re    DuBoris James Peterkin
     Zalestra Harris Peterkin

                        Debtor(s)

Case No.    11-80072
Chapter    13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief

Date    1/20/11    Signature    /s/ DuBoris James Peterkin
                                       DuBoris James Peterkin
                                       Debtor

Date    1/20/11    Signature    /s/ Zalestra Harris Peterkin
                                       Zalestra Harris Peterkin
                                       Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **DuBoris James Peterkin**
             **Zalestra Harris Peterkin**                                    Case No.    __11-80072__

                                          Debtor(s)             Chapter    __13__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
**D**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $9,750.00 | 2009 YTD- Omni Visions; Turning Point (Husband) (approx.) |
| $11,000.00 | 2009 YTD- Premiere Health Care (Wife) |
| $28,300.75 | 2008 YTD- Drehayem, Inc. (Wife) |
| $27,029.00 | 2007- Triumph & T. Point (Husband) |
| $32,373.00 | 2007- Drehayem, Inc. (Wife) |
| $25,000.00 | 2006- Triumph (Husband) |
| $40,000.00 | 2006- Drehayem, Inc. (Wife) |

2. Income other than from employment or operation of business

None
D

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $317.49 | 2008 YTD -Child Support (Wife) |
| $10,472.00 | 2008 YTD- Unemployment Benefits (Husband) |
| $250.00 | 2007- Child Support (Wife) |
| $250.00 | 2006- Child Support (Wife) |

3. Payments to creditors

None
●

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor{s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
●

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
●

c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

4. Suits and administrative proceedings, executions, garnishments and attachments

None
D

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Level Construction, Inc. vs. James & Zalestra Peterkin, #08 CV 016053 | Action for Money Owed | In the General Court of Justice, District Court Division- Small Claims, Wake County, Raleigh, NC | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Moore County on behalf of Cassandra V. Ross vs. Duboris J. Peterkin, #97 CVD001090** | **Child Support** | **In the General Court of Justice, District Court Division, County of Moore, Carthage, NC** | **Pending** |

None — b. Describe all property that has been attached, garnished or seized nnder any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing nnder chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None — List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing nnder chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ● a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing nnder chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None — b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing nnder chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ● List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to fumily members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing nnder chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ● List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the connnencement ofthis case.** (Married debtors filing nnder chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
**D**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Peterkin Law Firm** | | **$500.00** |

**10. Other transfers**

None
—
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
—
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
**D**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension finds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Suntrust**<br>**P O Box 85024**<br>**Richmond, VA 23285-5024** | **1000037029310** | |

**12. Safe deposit boxes**

None
●
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
●

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR          DATE OF SETOFF          AMOUNT OF SETOFF

### 14. Property held for another person

None
●

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER

DESCRIPTION AND VALUE OF PROPERTY

LOCATION OF PROPERTY

### 15. Prior address of debtor

None
D

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS
**2322 Winter Walk Circle
Morrisville, NC 27560**

NAME USED
**Duboris James Peterkin and Zalestra
Harris Peterkin**

DATES OF OCCUPANCY
**April 2006- March 2007**

### 16. Spouses and Former Spouses

None
▬

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identifY the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
▬

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS

NAME AND ADDRESS OF GOVERNMENTAL UNIT

DATE OF NOTICE

ENVIRONMENTAL LAW

None
▬

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS

NAME AND ADDRESS OF GOVERNMENTAL UNIT

DATE OF NOTICE

ENVIRONMENTAL LAW

None —
   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18. Nature, location and name of business

None —
   a. *If* *the debtor* is *an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If* *the debtor* is *a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If* *the debtor* is *a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ●
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*?4-n individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ●
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None —
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ●
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None — d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

**20. Inventories**

None — a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ● b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ● a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST             PERCENTAGE OF INTEREST

None — b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ● a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None — b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23. Withdrawals from a partnership or distributions by a corporation**

None — If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF | | AMOUNT OF MONEY |
|---|---|---|
| RECIPIENT, RELATIONSHIP | DATE AND PURPOSE | OR DESCRIPTION AND |
| TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None — If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six **years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fimd to which the debtor, as an
• employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. NAME

OF PENSION FUND                                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date **1/20/11**                              Signature      **/s/ DuBoris James Peterkin**
                                                             **DuBoris James Peterkin**
                                                             Debtor

Date **1/20/11**                              Signature      **/s/ Zalestra Harris Peterkin**
                                                             **Zalestra Harris Peterkin**
                                                             Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 US C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **DuBoris James Peterkin**
       **Zalestra Harris Peterkin**

                                  Debtor(s)

Case No.   11-80072

Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **1/20/11**                        */s/* **DuBoris James Peterkin**

                                                  **DuBoris James Peterkin**
                                                  Signature of Debtor

Date:   **1/20/11**                        */s/* **Zalestra Harris Peterkin**

                                                      **Zalestra Harris Peterkin**
                                                  Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions. Inc  -Evanston. IL - (800) 492-8037        Best Case Bankruptcy

Absolute Collection Services
Attn: Managing Agent
421 Fayetteville St Mall, Suite 600
Raleigh, NC 27601

Badcock Home Furniture & More
Attn: Managing Agent
1311 N Sandhills Boulevard
Aberdeen, NC 28315

Collection
Attn: Managing Agent
P O Box 9134
Needham Heights, MA 02494

Allied
Attn: Managing Agent
P O Box 2455
Chandler, AZ 85244-2455

Banfield Pet Hospital
Attn: Managing Agent
11815 NE Glenn Wilding Drive
Portland, OR 97220

Credit Management, LP
Attn: Managing Agent
P O Box 118288
Carrollton, TX 75011-8288

American General Finance
Attn: Managing Agent
4115 Pleasant Valley Road, Suite 12
Raleigh, NC 27612-2634

Bexly Park Apartments
Attn: Managing Agent
100 Summer Sky Drive
Morrisville, NC 27560

CSDDUR
Attn: Managing Agent
P O Box 530
Durham, NC 27702-0530

American General Finance
Attn: Managing Agent
P O Box 742536
Cincinnati, OH 45274-2536

Broadway Plantation Owners' Assoc.
Attn: Managing Agent
P O Box 105137
Atlanta, GA 30348-5137

Digestive Healthcare PA
Attn: Managing Agent
P O Box 31687
Raleigh, NC 27622-1687

Americas Recovery Network
Attn: Managing Agent
20 W 11th St.
Covington, KY 41011

Cash Advance Now
Attn: Managing Agent
Address Unknown

Dish Network
Attn: Managing Agent
Dept. 0063
Palatine, IL 60055-0063

Americredit
Attn: Managing Agent
P O Box 183853
Arlington, TX 76096

Cashnet
Attn: Managing Agent
P O Box 06230
Chicago, IL 60606

E-recovery Solutions
Attn: Managing Agent
1650 Cambria Street NE
Christiansburg, VA 24073

Applied Bank
Attn: Managing Agent
601 Delaware Avenue
Wilmington, DE 19801

Cassandra Ross
Post Office Box 1
Southern Pines, NC

EMC Mortgage Corporation
Attn: Bankruptcy Dept
P O Box 293150
Lewisville, TX 75029-3150

Applied Interstate In
Attn: Managing Agent
435 Ford Road
Minneapolis, MN 55426

Citifinancial
Attn: Managing Agent
P O Box 140489
Irving, TX 75014-0489

Firstpoint Coli Resources
Attn: Managing Agent
P O Box 26140
Greensboro, NC 27402-6140

Associated Cr & Coli
Attn: Managing Agent
P O Box 560855
Rockledge, FL 32956

Citifinancial
Attn: Managing Agent
P O Box 6931
The Lakes, NV 88901-6931

Firstpoint Collection Resources
Attn: Managing Agent
2840 Electric Road, Suite #202
Roanoke, VA 24018

Focus Receivables Management
Attn: Managing Agent
1130 Northchase Pkwy, Suite 150
Marietta, GA 30067

John T. Orcutt
Attorney at Law
6616-203 Six Forks Road
Raleigh, NC 27615

Orange Lake Country Club
Attn: Managing Agent
8505 W Irlo Bronson Highway
Kissimmee, FL 34747

Friedman's Jewelers
Attn: Managing Agent
171 Crossroads Parkway
Savannah, GA 31408

Jordan Price Wall Gray Jones & Carl
Attorneys At Law
P O Box 10669
Raleigh, NC 27605-0669

PPM
Attn: Managing Agent
P O Box 99657
Raleigh, NC 27624

Friedman's Jewelers
Attn: Kim Haii/BK Dept.
P O Box 8025
Savannah, GA 31412

Level Construction
Attn: Managing Agent
3008 Villagewood Circle
Raleigh, NC 27603

PSNC Energy
Attn: Managing Agent
P O Box 1398
Gastonia, NC 28053-1398

Good To Go Auto Sales, Inc.
Attn: Managing Agent
1567 N. Raleigh Street
Angier, NC 27501

Moore County Child Support Enfrcmnt
Attn: Managing Agent
P O Drawer 370
Carthage, NC 28327

PSNC Energy
Attn: Managing Agent
P O Box 100256
Columbia, SC 29202-3256

I C System
Attn: Managing Agent
P O Box 64378
Saint Paul, MN 55164

National Education/Anderson Assoc
Attn: Managing Agent
2517 White Avenue
Nashville, TN 37204-2539

PSNC Energy
Attn: Managing Agent
400 Cox Road
Gastonia, NC 28054

Intercredcol
Attn: Support
P O Box 31316
Winston Salem, NC 27102

NC Child Support/Centralized Coli
Attn: Managing Agent
P O Box 900006
Raleigh, NC 27675-9006

PSNC Energy
Attn: Bankruptcy Dept.
1426 Main Street Mall, Code 130
Columbia, SC 29218

Internal Revenue Service
Attn: Insolvency Support Services
P O Box 21126
Philadelphia, PA 19114

NC State Employees Credit Union
Attn: Managing Agent
P O Box 25279
Raleigh, NC 27611-5279

R.S. Clark and Associates
Attn: Managing Agent
12990 Pandora, Suite 150
Dallas, TX 75238

Interstate Credit Collection
Attn: Managing Agent
711 Coliseum Plaza Court
Winston Salem, NC 27106

NCO Fin/99
Attn: Managing Agent
P O Box 41466
Philadelphia, PA 19101

Raleigh Emergency Med Associate
Attn: Managing Agent
2501 Blue Ridge Road, Suite 150
Raleigh, NC 27607

John P. Carr, Esq.
Jordan Price Wall Gray JonesCarlton
P.O. Box 10669
Raleigh, NC 27605-0669

North Carolina Dept. of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

Ralph J. Wilson
Attorney at Law, P A
1411 First Avenue, P O Box 1827
Conway, SC 29528

Ralph J. Wilson
Attorney at Law
1411 First Avenue, P O Box 1827
Conway, SC 29528

State Employees' Credit Union
Attn: Managing Agent
P O Box 25279
Raleigh, NC 27611-5279

Weinstein Properties
Attn: Managing Agent
P O Box 31335
Richmond, VA 23294

Rex Healthcare
Attn: Managing Agent
P O Box 60574
Charlotte, NC 28260-057 4

Stern & Associates
Attorney at Law
415 N Edgeworth Street, Suite 2
Greensboro, NC 27401

Wells Fargo Home Morgage
Attn: Managing Agent
P O Box 10335
Des Moines, IA 50306-0335

Richards Auto Sales
Attn: Managing Agent
4514 Fayetteville Road
Raleigh, NC 27603

Suntech College
Attn: Managing Agent
P O Box 6004
Ridgeland, MS 39158

Wells Fargo Home Morgage
Attn: Managing Agent
P O Box 11701
Newark, NJ 07101

Sheraton Broadway Plantation
Attn: Managing Agent
P O Box 105137
Atlanta, GA 30348-5137

SVO PortfolioNistana MB Inc.
Attn: Managing Agent
P O Box 105164
Atlanta, GA 30348

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept MAC-X7801-
3476 Stateview Boulevard
Fort Mill, SC 29715

Sovereign Bank
Attn: Managing Agent
P O Box 16255
Reading, PA 19612-6755

United Compucred
Attn: Managing Agent
4190 Harrison Avenue
Cincinnati, OH 45211

Sprint!Nextel
Attn: Managing Agent
P O Box 17990
Denver, CO 80217-0990

US Department of Education
Attn: Direct Loans Servicing Center
P O Box 5609
Greenville, TX 75403-5609

Starwood Vacation Owne
Attn: Managing Agent
P O Box 105137
Atlanta, GA 30348-5137

USA Cash
Attn: Managing Agent
Post Office Box 150744
Ogden, UT 84403

State Employees Cred U
Attn: Managing Agent
9101 Chapel Hill Road
Cary, NC 27513

WACH/REC
Attn: Managing Agent
Post Office Box 232
Mulberry, FL 33860

State Employees Credit Union
Attn: Managing Agent
P O Box 25279
Raleigh, NC 27611

Wake County Department of Revenue
Attn: Managing Agent
P O Box 550
Raleigh, NC 27602-0550

In re  DuBoris James Peterkin
Zalestra Harris Peterkin
Debtor(s)

Case Number:  11-80072  _ _ _ _ _ _ _ _ _
(Ifknown)

| According to the calculations required by this statement |
|---|
| D The applicable connnitment period is 3 years. |
| ● The applicable connnitment period is 5 years. |
| ● Disposable income is determined under § 1325(b)(3). |
| D Disposable income is not determined under § 1325(b)(3). |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | | | | |
|---|---|---|---|---|---|---|
| 1 | Marital/filing status. Check the box that applies and complete the balance of this part of this statement as directed. | | | | | |
| | a. D Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10. | | | | | |
| | b. ● Married. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. | | | | | |

| | | | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | | | |
| 2 | Gross wages, salary, tips, bonuses, overtime, connnissions. | | | | $  416.67 | $  3,333.33 |

| 3 | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. Do not include any part of the business expenses entered on Line b as a deduction in Part IV. | | | | | |
|---|---|---|---|---|---|---|
| | | | Debtor | Spouse | | |
| | a. | Gross receipts | $ I          0.00 | $          0.00 | | |
| | b. | Ordinary and necessary business expenses | $ I          0.00 | $          0.00 | | |
| | c. | Business income | Subtract Line b from Line a | | $  0.00 | $  0.00 |

| 4 | Rents and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part IV. | | | | | |
|---|---|---|---|---|---|---|
| | | | Debtor | Spouse | | |
| | a. | Gross receipts | $I          0.00 | $          0.00 | | |
| | b. | Ordinary and necessary operating exoenses | $I          0.00 | $          0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | $  0.00 | $  0.00 |

| 5 | Interest, dividends, and royalties. | | | | $  0.00 | $  0.00 |
|---|---|---|---|---|---|---|
| 6 | Pension and retirement income. | | | | $  0.00 | $  0.00 |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | | | | $  0.00 | $  0.00 |
| 8 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $          0.00  Spouse $          0.00 | | | | $  1,503.33 | $  0.00 |

| 9 | Income from all other sources. SpecifY source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under 1he Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| | a. Part-time | $           0.00 | $      2,123.07 | | |
| | ib. | $ | $ | $          0.00 | $      2,123.07 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Co1urun A, and, if Co1urun B is completed, add Lines 2 through 9 in Co1urun B. Enter the total(s). | | | $     1,920.00 | $      5,456.40 |
| 11 | **Total.** If Co1urun B has been completed, add Line 10, Co1urun A to Line 10, Co1urun B, and enter the total. If Co1urun B has not been completed, enter the amount from Line 10, Co1urun A. | | | $      7 376.40 | |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11 | $      7,376.40 |
|---|---|---|
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under§ 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Co1urun B that was NOT paid on a regular basis for the household expenses of you or your dependents and specifY, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | Total and enter on Line 13 | $          0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $      7 376.40 |
| 15 | **Annualized current monthly income for§ 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $     88,516.80 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:   **NC**       b. Enter debtor's household size:   **4** | $     63,169.00 |
| 17 | **Application of§ 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>D **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 ofthis statement and continue with this statement.<br><br>► **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF§ 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $      7,376.40 |
|---|---|---|
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Co1urun B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. SpecifY in the lines below the basis for excluding the Co1urun B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | Total and enter on Line 19. | $          0.00 |
| 20 | **Current monthly income for§ 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $      7,376.40 |

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amonnt from Line 20 by the number 12 and enter the result. | $ | 88,516.80 |
|---|---|---|---|
| 22 | **Applicable median family income.** Enter the amonnt from Line 16. | $ | 63,169.00 |

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>→ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined nnder § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>D **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined nnder § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** |

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 1,370.00 |
|---|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons nnder 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are nnder 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amonnt for household members nnder 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amonnt, and enter the result in Line 24B. |
|---|---|

|  | Household members under 65 years of age |  |  | Household members 65 years of age or older |  |
|---|---|---|---|---|---|
| a1. | Allowance per member | **57** | a2. | Allowance per member | **144** |
| b1. | Number of members | **4** | b2. | Number of members | **0** |
| c1. | Subtotal | **228.00** | c2. | Subtotal | **0.00** |

$ 228.00

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amonnt of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable connty and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 503.00 |
|---|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your horne, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** |
|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ | 1,436.00 |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your horne, if any, as stated in Line 47 | $ | 1,616.27 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 0.00 |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled nnder the IRS Housing and Utilities Standards, enter any additional arnonnt to which you contend you are entitled, and state the basis for your contention in the space below: | $ | 0.00 |
|---|---|---|---|

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0 ☒ 1 ➡ 2 or more. If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 402.00 |
|---|---|---|

| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |
|---|---|---|

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☒ 1 ➡ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ 489.00 | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ 954.95 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 0.00 |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ 489.00 | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ 90.00 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 399.00 |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 1,153.71 |
|---|---|---|

| 31 | **Other Necessary Expenses: mandatory deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ 659.00 |
|---|---|---|

| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ 0.00 |
|---|---|---|

| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in line 49.** | $ 0.00 |
|---|---|---|

| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ 0.00 |
|---|---|---|

| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ 0.00 |
|---|---|---|

| 36 | Other Necessary Expenses: health care. Enter the average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. Do not include payments for health insurance or heakh savings accounts listed in Line 39. | $ | 0.00 |
|---|---|---|---|
| 37 | Other Necessary Expenses: telecommunication services. Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents. Do not include any amount previously deducted. | $ | 0.00 |
| 38 | Total Expenses Allowed under IRS Standards. Enter the total of Lines 24 through 37. | $ | 4,714.71 |

### Subpart B: Additional Living Expense Deductions
#### Note: Do not include any expenses that you have listed in Lines 24-37

<table>
<tr><td rowspan="6">39</td><td colspan="3">Health Insurance, Disability Insurance, and Health Savings Account Expenses. List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents..</td><td></td><td></td></tr>
<tr><td>a.</td><td>Health Insurance</td><td>$     550.00</td><td></td><td></td></tr>
<tr><td>b.</td><td>Disability Insurance</td><td>$     0.00</td><td></td><td></td></tr>
<tr><td>c.</td><td>Health Savings Account</td><td>$     0.00</td><td></td><td></td></tr>
<tr><td colspan="3">Total and enter on Line 39</td><td>$</td><td>550.00</td></tr>
<tr><td colspan="5">If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below:<br><br>$</td></tr>
</table>

| 40 | Continued contributions to the care of household or family members. Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. Do not include payments listed in Line 34. | $ | 0.00 |
|---|---|---|---|
| 41 | Protection against family violence. Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 42 | Home energy costs. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary. | $ | 0.00 |
| 43 | Education expenses for dependent children under 18. Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards. | $ | 0.00 |
| 44 | Additional food and clothing expense. Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) You must demonstrate that the additional amount claimed is reasonable and necessary. | $ | 0.00 |
| 45 | Charitable contributions. Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). Do not include any amount in excess of 15% of your gross monthly income. | $ | 0.00 |
| 46 | Total Additional Expense Deductions under § 707(b). Enter the total of Lines 39 through 45. | $ | 550.00 |

Sware Copynght (c) 1996-2008 Best Case Solutions - Evanston,IL - (800) 492-8037

| Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|

| 47 | Future payments on secured claims. For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | |

| | | Name ofCreditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or msurance |
|---|---|---|---|---|---|
| | a. | Badcock Home Furniture & More | Dinette Set, Bed Frames, Mattresses Replacement Value | $ 29.17 | Dyes •no |
| | b. | EMC Mortgage Corporation | Residence 443 Stobhill Lane Holly Springs, NC 27540 | $ 1,153.27 | Dyes •no |
| | c. | Good To Go Auto Sales, Inc. | 1994 Lexus ES 300 4D, Power locks/windows, sunroof Mileage: 136,000 NADA Retail | $ 80.00 | Dyes •no |
| | d. | Richards Auto Sales | 1994 Honda Accord 4D, Power locks/windows Mileage: 193,000 NADA Retail | $ 64.00 | Dyes •no |
| | e. | Sheraton Broadway Plantation | Timeshare Sheraton Broadway | $ 150.00 | Dyes •no |
| | f | Sovereign Bank | 2007 Ford Expedition 4D, Power locks/windows,sunroof, DVD, Security system Mileage: 66,000 NADA Retail | $ 874.95 | Dyes •no |
| | g. | State Employees' Credit Union | 2001 Chrysler PT Cruiser 4D, Power locks/windows, sunroof Mileage: 142,000 NADA Retail | $ 90.00 | Dyes •no |
| | h. | Wells Fargo Home Morgage | Residence 443 Stobhill Lane Holly Springs, NC 27540 | $ 463.00 | Dyes •no |
| | | | | Total: Add Lines | $ 2,904.39 |

| 48 | Other payments on secured claims. If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1160th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |

| | | Name of Creditor | Property Securing the Debt | l/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | EMC Mortgage Corporation | Residence 443 Stobhill Lane Holly Springs, NC 27540 | $ 307.62 |
| | b. | Wells Fargo Home Morgage | Residence 443 Stobhill Lane Holly Springs, NC 27540 | $ 85.58 |
| | | | Total: Add Lines | $ 393.20 |

| 49 | Payments on prepetition priority claims. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. Do not include current obligations, such as those set out in Line 33. | $ 195.72 |

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | | | |
|---|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | 0.00 | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | 6.00 | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | | $ 0.00 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ 3,493.31 |
|---|---|---|

### Subpart D: Total Deductions from Income

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ 8,758.02 |
|---|---|---|

### Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ 7,376.40 |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ 0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions to qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ 0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ 8,758.02 |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | | | |
|---|---|---|---|---|
| | Nature of special circumstances | | Amount of Expense | |
| | a. | | $ | |
| | b. | | $ | |
| | c. | | $ | |
| | | Total: Add Lines | | $ 0.00 |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ 8,758.02 |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ -1,381.62 |

### Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | Expense Description | | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | d. | | $ |
| | Total: Add Lines a b c and d | | $ |

### Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: **1/20/11**     Signature: /s/ **DuBoris James Peterkin**
**DuBoris James Peterkin**
(Debtor)

Date: **1/20/11**     Signature: /s/ **Zalestra Harris Peterkin**
**Zalestra Harris Peterkin**
(Joint Debtor, if any)

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy